**Order entered April 28, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00333-CV**

## IN THE INTEREST OF N.K.C., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-21825**

## ORDER

Before the Court are appellant's written verification that he has requested the reporter's record and court reporter Janet Saavedra's letter informing the Court the record was taken by LaToya Young-Martinez. Accordingly, we **ORDER** Ms. Young-Martinez to file the reporter's record no later than May 18, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Saavedra; Ms. Young-Martinez; and, the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE